EXHIBIT 9

# Quote

**TECH-CONTROL.COM**
2820 WEST 8 STR.
BROOKLYN NY 11224

| SALES PERSON | JOB | PAYMENT TERMS | DATE |
|---|---|---|---|
| YIRY | 2234 1st Ave Laundromat Inn. NEW YORK, NY | Upon job Completion | 05/26/15 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 7 | 700TV lines infrared HI-RES cameras | $200 | $1,400 |
| 7 | Wall Mount Weatherproof box | $25 | $175 |
| 7hours | Labor installation Mounting, focusing, adjusting camera view. Testing cables | $150 | $1050 |

| | |
|---|---|
| SUBTOTAL | $2625 |
| DEPOSIT RECIVED | $500 |
| TOTAL DUE | $2125 |



DEFENDANT'S EXHIBIT

# Quote

**TECH-CONTROL.COM**
2820 WEST 8 STR.
BROOKLYN NY 11224

| SALES PERSON | JOB | PAYMENT TERMS | DATE |
|---|---|---|---|
| YIRY | 2167 3rd Ave Laundromat Inn. NEW YORK, NY | Upon job Completion | 07/24/15 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 10 | 700TV lines infrared HI-RES cameras | $200 | $2000 |
| 10 | Wall Mount Weatherproof box | $25 | $250 |
| 10hours | Labor installation<br>Mounting, focusing, adjusting camera view. Testing cables | $150 | $1500 |

| | |
|---|---|
| SUBTOTAL | $3750 |
| DEPOSIT RECIVED | $1000 |
| TOTAL DUE | $2750 |