

| 12/2-16-14 | 54.00 | 700 | 426.80<br>0<br>0 | soap<br>202.00 | OCT 700<br>Soap 50<br>Lily 453 |
| 12.20.14 | 30 | 760 | 550.30<br>0<br>0 | | x-mas 80<br>oct 50 gmss oftn<br>soap -250 gmsb |
| 12-22-14 | 127.50 | 340<br>730 | 1040.20<br>0<br>0 | | mp-10<br>oct -2330<br>Rut gust 100  4,10l |
| | 211.50<br>159 | 2570 | 2017.30 | 202.80 | 57 silvie - 493<br>54.5 lily-10 |

+ide - 162.50
Movov - 48
down - 30
suortd - 52.78
Gain - 0
Aurie - 34
will - 42
barie - 27
Ubag - 72
Amonte - 0
───────
470.25

484880
4526

EM SG 315
% -7
oct- 2708 GMW

This is a handwritten ledger/notebook page containing numerous handwritten figures and notations that are difficult to read with certainty. Best reading below:

| | | | | | |
|---|---|---|---|---|---|
| 1-8 | 3150 | 500 | 394 30 / 32.80 / 1 | Soop 2132 | o५-600 / oϛ-1200 / scoop 120 / yoϛ-109 |
| 1-10 | 95.71 | 850 | 6068⁵ / 3376 / 1 | | 56 luscq - 976 / 503.1Kq - 421 / 52.5 Delva - 442 / Hucton 58 / m/y -15 / oϛ-380 |
| 1-12 | 30 | 900 | 953.40 / 71.75 / 1 | | |

163.25
44  2250  1954.58  2132
138.30
3
-25.90

Lidl   -0 +198
cloroc - 23 +36  928.61      4,435.90
olouk - 6 +36              3817
suouk - 0 + 84
Jash   - 0 +144
Aing   - 22 + 22
Nill   - 26 + 24
bouk   - 0  +45
Lbuy   - 88
Anton  - 0 +21
gains  - 24
        166

soop- 166
Lbags - 782.95
olm them - 41.50
money - 132

292

ᏏᎪᏌᏁ 600
ᏏᎪᏁᏆ 120
EMSL 104 Dll.co
ᏔᎷᏏᏞ - 161
%/65
ᎠᎪᏁᏞ 213

| | | | | | |
|---|---|---|---|---|---|
| 7/1/15 | 68.50 | 1430 | 730.05 / 98.40 / 2 | 500p 460 | Dry Clean - 111 / Self - 50 / Oct - 250 / Oct - 1810 |
| 5-8-15 | 36 | 800 | 533.20 / 87.60 / 2 | | Oct - 1360 / 46 Carry - 391 / 48 Silver - 416 / Dry Clean - 80 |
| 6/1/15 | 88 | 1110 | 76470 / 25.60 / 1 | | mry - 10 / Oct - 241 soap Em. / Oct - 42 / Oct - 400 gal / Oct - 1040 |

| | | | | | |
|---|---|---|---|---|---|
| | 192.50 / 137.50 | 3370 | 20279 / 20628 / -1008 / 201140 | 460 | |
| | +Doc / Clonox / down / Suarau / coils / Aniz / kill / bound / l'boy / Amonio | -26 / -36 / -40 / -5.21 / -0 / -40 / -32 / -0 / -48 / -0 / 2272 | +96 / +96 | | 597390 / 6201. |

SAME - 271
SAME - 1810
SAME 1360
EMSL - 52 Dilu
EMSL 383
%5 10
SAME - 1037
6201

zeot-u - 1060

oci - 200

os. 32.8 oq emse

mp

Dr. Clien-27

ponts - 16C

Mexiensh - 156

os - 10.00

per nev

soap 300

os - 30

ai wagell

sol Cluy - 423

sushie - 426

Drive - 625

1-15-15

174.24 920

650 Th Scoop

44.76   13 Ch

3

1-17-15

98   780

705

27

1

1-18-15

187.76   800

828.40

122.

2

419

307.76   2800   216

263

6

= 7.60

2171.60

tidc   -117   +234

cconov   -46   +17

daont   -0   +60

suouc   -85-86  +24

goin   -4  +36

Anne   -70  -124

xMM   -48  +24

baun   -42

Ubiel   -52  +18

Amen   -24

goin   -16  -124

55928

soul + 000

5msc 80 blu con

emsc 320

%0 - 8

Auur - 1000

sotu - 372

518220

4882

Soap - 559.25

Cash - 1136

Dry Clin - 113.50

Cauron - 744.00

Total   2552.25

649.80  Soap
930   7960   283        Dry clean
                        out-231

664.90              soap 150
780   7960          60 luxq-495
        6           515 sidure
                    525 Delux-430

226.?   340   99670   np.10
                4470   out-231 soap
                       Dll-250
                       out-670

463.50
208.25  2650   200.20  283
               70.28
               115
               -78
               -2169        531.0.26

                            891.3
Ind   -253.50
Money - 49
Aoury - 42.80   +454
Sand  - 16.75   +874
9or r - 107
Aung    - 78
No 641  - 56
Goun    - 33
6og   - 60
Srina   - 18.50
gon 81  - 32
        746.26

                    Srine 120
                    EMSk-231 Dd.c
                    EMS6. 54
                    0/0. 8
                    BANR - 60

coin acceptor 10
hp - 18
Dillion 126
moxonite 70

5286
0
0

580

14676

Soap
8471

273.60
286

500

47.25

oct 41
soluc - 425
50 shidu - 425
50 Dun - 425
oct 66 soap ms
oct 85 shs cms
oct 2640

1186
62

1300

76

883
274.21

2380

1988
88.35
826
18340
436
825
72   436
80
84
24
32
24
38

84924

98161
4858

Hall    -117
closed  -30
dairy   -88
swatt
oath    -
seave
will
bank
chef
Annroll
faur St

3285

cash   41
cm    6  293
90 F
Dame 2934

quot. 1140

| | | | | | |
|---|---|---|---|---|---|
| 6³/₂ | 109 | 570 | 524.40 <br> 26.60 <br> 1 | 500 ✗ <br> 228.3½ | Dry Clean - 166 <br> 04 - 320 <br> 53 lucy - 450 <br> 81.6 Slite - 438 |
| 6¹⁵ | 100.50 | 730 | 287.85 <br> 86.20 <br> 2 | | 81.6 relue - 438 <br> ~~off the system~~ <br> 04 - 2280 <br> m ρ - 5 |
| 07³/₂ | 443.70 | 610 | 1381.30 <br> 421.83 <br> 7 | | |
| ● | 659 w <br> 181.75 | 1910 | 2193.50 <br> 544.61 <br> 10 <br> -80 <br> 2733.6 | 228.15 | |

dle - 52   +135
ropov -55
coun - 40   +24
caud -56 ●+42
coin - 30
time - 8   +360
v.cd - 46
soind  15
160 - 0   + 144
fncare - 8.26 +21
gain 87 - 28
408.75

4431.0
4077

Eres ⁴· 320 Dll.4
Emsb. 238
bduc - 2022

Dll 200  %.6
500y 67. End 26

```
                                      788.5?      soop              pay -30
         112.8?? 52?    162?(        34h.       Dll -300
    ?                                 4                 soap   15? Emsl
                                                        Ow 113 Emss T?
                                                        Ow 23 til oil
                                      116.15              Dylla -110
                                      25 65             soop 450
  2(13)?  21 75  760                   1              ow 1300

                                      195 X 30         425
                                      554 05           50 2 uc$ 425
  2 14. 15)  187.5  300                8              50 s 34 v 12 925
                                                      50 Dllv a 425
                                                      Olr 162
                                                      ow 68 BOOKS EWR
                                                      Olr 425 R

         349 25  2060  2356 95  88t
         542 25         742 75                          WE 2?

  Tide    156.00                -400          5307
  Gain    72.00    +32          231135?       4747
  Blech   46.00    +36
  GainSol 29.00
  SuvaTel 69 75    +4il
  Down9   45.00    +24
  Bounce  9.00
  M.F     44.00
  Ammanie 7.00
  Aura   164.00
  B.oss  199.00                                         Same
         175 75                                         Ems?
```



(24.26)

| | 332.25 | 1000 | 674.50 / 219.80 / 7 | soap 321.75 | |

SOOP 516
MR. 45
DRY CLY 124
OCT 60
OG- 16L

21.15

| | 68.50 | 760 | 233.70 / 30.75 / 1 | | |

LLC
St. Lucy 434
St 5 6 ILL:A 438
St. DELLA 434
OG. 390

68.2)

| | 184.25 | 800 | 1283.95 / 380.95 / 10 | | |

OG
DLL-300
OCT- 2220

| | 585 / 259 | 2660 | 2182.15 / 631.50 / 18 / -376ſ / 2084.50 | 321.75 | |

5331.2ſ
5123

-id e   110.50
·oin   48.00
iain S  24.00
iLech   61.00
LLVOTe  35.00
oun9    24.50
ounce   0
i.F     32.00
mnonic  22.78
LLR@    152.00
igſ     72.00  -  28

581.75

Bank tot.
BANK - 162
Emse 390 D
Emsl. 121
Bank, 205

M 12   30

DRY. CLY n   156

oct   123

51 LUCY   434

51 SILVIA   434

51 DEL uA 434

OCT   1500

04 - 145

04 - 3N

650.75   Soop.

79   630   62225   258.25

2

33.50   440   304 95

84 20

3

109.15   1040   1312.90

291.65

8

222 25   2110   2268.60

438.10

126   13

-368

2233.5

Tide   19.50   +156

Gain   24.00   +36

Gain.St   8

Blech   51.00

Suarte   8.00   +63

Down   0   +30

Bounce   0   +45

N.F   26.00   +24

Ammon   21.00

Aire   120.00   +96

B.sf   25.00   +96

472760

4174

Book   123

BANK   1500

Ems 6 - 145

Dll - 200

Ems 6 - 150

% - 6

Bank - 562

286

03(10-12)20

| | | | | |
|---|---|---|---|---|
| | 102.25 | 600 | 193.22 ~~193.22~~ 169.05 / 6 | soop 375 60 |
| 03.13.2015 | 32 | 480 | 272.65 12.20 / 2 | |
| 3/6 15 | 178.75 | 900 240 | 1553.25 312.50 / 11 | |
| | 313 206.25 | 2770 | 264.94 553.71 19 -52.90 266.60 | 38500 |

robin
mj - 40
oct - 1610
DRY cly a ##
oct 336 c/ clens
oct - 212
Soop. 375
oct 130 men
Del. 200

oct 209 soop ems6
oct 408 Emse supper
                    3162
                    3652

50 luy - 475
52 Stone - 442
51 Delka - 433
oct 340

1640

+ del - 65 + 78
clorox - 37
doway - 12.50 + 30
suave - 5.25 +63
gail - A -72
Auna - 164 -24
N. fill - 42
bounc - 36
Amonie - 13.25
lbags - 12 + 96
garn st - 4 + 24
478

5382.50
5292

l 60g - 627.20
dry clean - 215.75
money - 136
soop - 418
1394.95

SANR 396
Ems6 212 Del. co
SANR - 130
Emse 18
90.8
SANR - 1784
2310

| | | | | | |
|---|---|---|---|---|---|
| | | | Des. clon 129 | | |
| | | 588 05 | Soap | RED 100 co | |
| 7250 | 820 | 58.25 | 282 50 | OCT 500 | |
| | | 2 | ATM | OC7. 101 | |
| | | 266 | 6 | Soap 154 | |
| 66 | 480 | 54.45 | | oct 6 | |
| | | 2 | | oct 368 llug | |
| | 570 | 1285.35 | | out - 1550 | |
| 207 | 660 | 273.76 | | my - 5 | |
| | | 7 | | 253.32 | |
| | | | | 2908 | |

3.20.15

3.20.15

3.23

| | | | | | |
|---|---|---|---|---|---|
| 348.50 | | | | OCT 600 | |
| 119.25 | 2530 | 2139 40 | 232.50 | 52 lucy - 442 | |
| | | 386.45 | | 42 sink - 366 | |
| | | 11 | | 505 Ddle - 420 | |
| | | - 76.35 | | Oll 200 | |
| | | 2116.06 | | Soap 133 Genso | |
| | | | 5061.30 | OCT 230 | |
| | | | | 2400 | |

tidl - 52     + 117
Uorov - 25.    + 18     5357
douny - 22.50  + 30
Suave - 28     + 42
yerr - 42
Aune - 148     + 24
Null -38
bourn -24
they -72   -20
Amar -14
gam & - 28
433.50

Bonk 1100
E MS6-101 Dll. u
Sale 6
6 AM 368
% 8
em 56 - 269
5 Ank -703
Camers 800
2877

| | | | | | | |
|---|---|---|---|---|---|---|
| (24.26) 201 | 203 | 800 | 725.80 985.05 116 | 500P 296.31 | 8000 135 80CT 453 OCT 245 | |
| 3.27.15 | 95.50 | 480 | 58.65 98.30 3 | | HMDEPOT 400 Seep trgo 124 SUPLO. 26 | |
| 03/28/20 | 306.50 | 920 | 1367.35 244.70 8 | | OCT 1700 | |
| | 605 223.75 | 2200 | 2995.80 672.40 61.28 | | ......72 OCT 200 | |
| .se | 18.50 | | 237452 | | 30 LUOY 425 | |
| io.a | 24.00 | | | | 51 SILVIR 433 | |
| oin.s | 28.00 | | | | 50 DELLQ 425 | |
| Lech | 30.00 | | | | DELLRY 200 | |
| wol 4 | 28.00 | | | | OCT 535 | |
| oun9 | 32.50 | | | | | |
| ouaca | 15.00 | | | | | |
| L.1: | 38.00 | | | | | |
| mmons | 8.75 | | | | | |
| uao | 174 | | | | | |
| ig | 40 | | | | | |
| | 601.75 | | 6095.02 547 | | | |

EMSC 245 son
Bank 453
EMSC 140
% 8
Gon R 2009
Uonce Report - 299

(03.51.04.04)
20/5

381.50     0     1027.90     $00P     OCT-
                  599.15     4       MR 30
                  17                 H.Depot - 306
317.75                               DRY CLYN 135
              44   983.89    4       OCT 156 25
Tite  19.50                          53  Lucy  450
Goin  18.00                          54  Silvio 459
GoinS 28.00                          53.5 DELVO 455
BLEoch 30.00
SWOREL 28.00
Doun4 32.50              1305.64
Bounce 15.00
M.F  40.75
Ammony 8.75
AUTO  44
B0/9  40-8
      40

                             Bonk 156.25
                             EMS6 -176 Dlax

04(8-14) 2015

| | | | | | |
|---|---|---|---|---|---|
| 257.50 | O | 1015.55 524.80 14 | SOOP 33.5 | CONSTRKSh 450 BKRY 400 | |
| 197.50 | O | 63.71 958.85 | 33.5 | | |

Tid e   6. 50 = 117
Goin  18.00 + 72
Gorn.5 28.00
BLECH 30.00 + 18
Sovre 24.50 + 42
Dorn9 32.50 + 54
Bounce 12.00
M.I. 38.00
Ammon 3.75
Auro 140
Bigs 28 + 48 - 16
      3 66.25

1182.85
860

850

EMS6  255  DEL. COM

Soop  185  EMSC
OCT 27 5.

085 M

462.70          54.5  SILLIA 66
125.20   560   117.95   118.25   500.5  DELLA Y:
                  3          Soop  200

90.50   860   397.80          DRY CLYN  308
              275.90          riR 90
                 7            DLL-600 (3 wk

297.25   680   808.70          Oa- 148 +LL+Lab
              387.10          OCT-170
                10                        23

573    2100   213.50    88    50Coo4    497
149           171.45   818.25
                 20           52 LUCY  942
              59.36          50 SILVIA  425
              2067.14        59 DELVA  302
                            OCT  118

TIDE - 117 + 56
Gain - 72 + 72          443440
Gain.S 28               48'A              2100
Bleach - 38 + 18                          1980
Suaviee - 45.50 + 48
Downs - 78.50 + 30
Aara - 106. + 24
Among - 7

Rance  12
W.F.  34               EMSG 205   DEL CO
         52 - 18 - 32   Bank 215
         583            SAMC - 483



MR 8 O
DES. CLG 97
DES CLG 91
OCT 458

SOAP 268
53 DELLA 45
SOAP 205 EMSG
DELLES 300
OCT 200
50

52 LUCY 488
52 SILLIA 448
OCT 10 26

52 LUCY 488
52 SILLIA 448
OCT 10 26

Bank 458
EMSG 2-36 DE
EMSG 9f
BOOK 1280

629 25
273
273

12 75 500

227 25 900

386 50 2150
213 50

188 50 +195
108
28
18
28 50
80
0
30
5 28
1 + 8
20 + 96 = 20
620 25

4275 50
3965



MR 20
S00P 18
OCT 5266
S00P 118
DEZ 300
TOX 226
OCT 800

987.60    S00P
1022.25   283.50
232    1020    6

769.75
169.25    740    37.20
3

741.20
145    820    98.15
3

2810.40
2113.60

541.25    2580    2413
154.25    343.10    283.50
72

DRS COMM 128
53 LUCY 451
53 SILVIA 451
49.5 DELIA 42
OCT 1019

r.de   260+33
gein   54
Join S  24
Leach  20  +46
urev:0  0  +42
lovey  35  +24
uno   90
pronic 1.75
ounce  0
Book 525
22    EMSG 181
96    EMSG 325
6025

Book

| 05 (5-7) 201 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 99 | 800 | 565.25 / 50.35 / 1 | Soap 260.N | | | OCT-100 / Soop 250 / OCT.234 |
| 8.15 | O. | 400 | 228.18 / 0 / 0 | | | | OCT-78 Soop Cu / OCT 2314 / mp -20 |
| 5.14 | 320 | 1200 | 1361.36 / 360.28 / 2 | | | | 2663 / 3056 |
| | 418 / 278.78 | 2400 | 2151.71 / 390.60 / 7 / -28.10 / 2126.61 | | | | DRY CUY 93 / 5 lucy -433 / 52 Silone -450 / 51 Dilic 434 / Du 200 / OCT 706 / 2320 |

hill -177.5 +70
clonov -48 +45
oloungh -29 +30
sconell -14 +42
goin -26 +36
Aune -72 +24
ulil -14 +24
bourd -0
lbce -72 +48
Amone -178
gounsl V +24

66 84

5062 / 5376

CMSCIUD DR
6 Aule 294
EMSL 270
90.8
6 Aule -273

3031

05/2-14-15

| | | | | | |
|---|---|---|---|---|---|
| 950 | 920 | 1000.35<br>306.50<br>8 | soop<br>395.50 | | Staples. 66<br>OCT 400<br>soop-440<br>oct 165 |

03.N.15

| | | | |
|---|---|---|---|
| 79.75 | 600 | 152.95<br>0<br>0 | silver 67<br>21 Dille - 466<br>oct - 700 |

5.8.15

| | | | |
|---|---|---|---|
| 310 | 1130 | 108590<br>25395<br>7 | mp - 25    2865<br>oct 587  ellous 28 |

486.75
34175  2650

22186  348.50
366.36
16
-4115
2174

5515.26
5276

DRY CLYN  P66
OCT 1400
52 lucy -442
54 silver -588
52 ~~step~~  446

2420

tide      207
uonod   -66.26
douns    -21.50 + 30
snavel    -14 +  42
sain      0 +  108
p. that   -24 +  48 Auro.
bound     -0 +
l bay     -96    45
Amont     -0 +  21
got u 82  -28        -24
          45775

Box ~~1800~~
Att
emsc. 165 Dill.c.
to AMC 587
Dill. 200 emsc
emsc. 271 PAY he I.
Emsc. 136 soay
9/0 - 7
Emsc. 205
SAUC - 1680
2261



| | | | | |
|---|---|---|---|---|
| 94.25 | 420 | $\dfrac{\begin{array}{r}524.45\\76.60\end{array}}{3}$ | soop 290.24 | Soop. 500 ott 426 cccan mp. 20 |
| 33.75 | 580 | $\dfrac{\begin{array}{r}205.20\\76.95\end{array}}{2}$ | | ott -1308 Dll.200 soop -143 Ematc |
| 80.50 | 980 | $\dfrac{\begin{array}{r}1220.76\\79.62\end{array}}{3}$ | | $\dfrac{2387}{2597}$ |
| $\dfrac{218.50}{1576}$ | 1980 | $\dfrac{\begin{array}{r}1958.96\\232.16\end{array}}{9}$ | 230.6 | Dry clean 241 17 luce -145 50.5 sythe -420 5 Deuve -428 45 folbide -330 ot -172 |

tide -130
closox -50
danny -750
suadol -49
pesh -0
tuna -110
will -37
bound -27
tbog -76
Amoni -1750
geivsl -8

$\overline{513}$

$\dfrac{4367.96}{4347}$

1750

Damc. 426
%.12
Em S6 30.5
Damc 1163

1589



Compl. 33

FIRE 31972 - 150
Out 90
Soop 250

| | | 515. 85 | Soop | |
| 3T | | 148. 95 | 32At | |
| 216.40 | 760 | 5 | | |
| | | 297.35 | | |
| 4.25 | 420 | 0 | | |
| | | 0 | | |
| 216.26 | 800 | 1563.9 | | |
| | 210 | 234.61 | | |
| | | 6 | | |
| 436.30 | | | | |
| 152 | 2190 | 238.26 | 32.5 | |
| | | 393.60 | | |
| | | 10.10 | | |
| | | -22.10 | | |
| | | 2362.10 | | |

Bur 8T
Out 617 Cliou
my -30
Out 894
Emse 37 TALr
- 2603
2239

DRY CLYn   77
53 Delve - 450
47 Silve - 399
51 Faulola - 409
Jact 526
AGO

to de -52 + 78
cleonou -63 74 + 72 21
down -0   30
Suavel -0 +63
Dart -24 +72
Aune +104
N·U -3V
bour -N
lbue -72
Amour -17.5
quest 8 -6 - 20
37724

479380
4159

Emse 80 rul com
Emse 38 Uth
Suler 617
%. 6
Emse. 762
Sull 1302

06.16-18.18

1882  722
19573  820  481.65  500P  203
          160.60  207
          5
06.18.15
2950 4180  388.89
          68.90
          2
06.20.22
452.50  870  1029.01
          197.16
          4
670.25  2130.80
254  2170  426.6  202

OCT
OCT
500P
500P  131. srs
MR
OCT  1200

26
2104
2104

Dry clean  92
515 Denue  438
56 Silver  976
585 Guuaa  404
DEL  600
500P
OCT  200
2170
22
231.25
5011

Tide  89.50 +156
fain  60  + 72
3aies  0  + 24
Jouny  20  + 54
watel  2978 + 42
HEoch  43 + 64
wra  84
mnon?  15.75
punch  9
LF  28
vigo  99 + 96
410

Bonk  737
ERSC  103 - co
ERSC  350
% 8
Bonk  1145

| | | | |
|---|---|---|---|
| 06.23.25 | 261 | 640 | 868.30 / 395.50 / 12 |
| 06.26.15 | 48.25 | 810 | 199.25 / 33.25 / 1 |
| 06.28 | 180.25 | 610 | 926.25 / 157.50 / 4 |
| | 489.50 / 500.75 | 2160 | 198930 / 58645 / 17 / 74.15 / 191255 |

$s^{oop}$  $2^{41}$

$\lambda^{7m}$  15

266

Right column:

```
DRY CL4n      153
OCT   353
OCT   299
Seop      400
OCT        15
OCT-1100
M1-10   2671
           2330
```

```
59.5  DELVO     506
59   SILVIA     502
39.5  FAUlele   276
DEL              200
Seop           230  Lnus
473.130 Surlo u    87
OCT              50
4.771  kogn t     100
```

2551

```
TIde    143  +39
Gain    36
Gains   24
jouny   40  +30
chorree 38.50  +63
Bleoch  95.50
Hure    80.00
imon 4  14
Bernl   6  +46
u.l.    20
Boiol   124
        68450
        681
```

```
Bank   353
EMSG   299      CO
Bank    15
0/0 -8
EMSC - 41
BANV - 1801
          2169
```

66.06

89.50     420          Soap   Dry clyn   302
                        326.75  Oct-115
78.50     980           Soap-783
                        Oct  781   Clba
                        my 50
56.50     340    528.50  Oct 1680

826
36.77

826  378   1930    326.46  Dick  - 870
                    Silme  - 685
                    Faride - 288
                    Dla 200
                    Soap-103
                    -22.61  fulyer 926
froth  -104 +38
Congo  -88.50  453.50  266.36
doual  -35 +30          1980
suaunt  -463  2.92
Gair   50       5197.40
buno   -62+24   5651
nlil   -12+21
Gocus  -
l ber  -
Amou                    Emse  415-Dla com
gair                    5 All   797
                        %-a
                        Emse - 280
50.00                   5 Aul  139  1

2AA

This is a handwritten ledger page with numerous figures and notes that are largely illegible.

| | | | | |
|---|---|---|---|---|
| 85. 75 | 760 | 680.20 152.30 ——— 5 | Soop 277.26 | Shell 180 05-87 05-646 Uccio oct-140 mp-20 |
| 120.50 83.2 | 300 900 | (illegible) 3 | | |
| 108.50 | 670 | 911.30 227.30 ——— 6 | | 3688 2351 |
| 3v2.79 265.4 | 2630 | 2572.60 57960 14 ——— 21.80 25.5084 | | DRY clean 790 49 neere -416 8P siddie -493 St folsde -286 DUL 250 OCT-111 TAx smst OCT-172 Soop smle |

Live -77 +79
Klonor -30+2
olancy -41.80 +30
Suaut -0 +4?
goill -36
Auer -66
well -14
Gounts -60
Thues -52 +48
Annou -26
gail 57 -24
———
926.80

5717.30 out-702
CA61                    252L

GMSc 87 DU. Com
Δ A.W. 646
0/6-7
GMSc 253
5 Bun 180
2486



| | | | | |
|---|---|---|---|---|
| | | 107.30 | sop 248 | MR |
| | | 1098.20 | | DRU den 69 |
| 94.25 | 780 | 226.10 | | OCT 116 |
| | | 4 | | SOP 326 |
| | | | | OCT 870 |
| 07.15 39 | 610 | 198.55 | | |
| | | 58.25 | | OCT 1250 |
| | | 2 | | |
| 8. 10/15 131.50 | 1020 | 1116.25 | | |
| | | 195.35 | | 3341.50 |
| | | 6 | | 3141 |
| 270.15 183.50 | 2410 | 2392.10 | 248 | |
| | | 479.70 | | OCT 500 |
| | | 12 | | 52 DELVQ 442 |
| | | 29.10 | | 53 SIWIQ 454 |
| | | | | 43 FADOLO 399 |
| | | | | DEC 300 |
| | | | | Sop 140 ex |
| 7de 39 +77 +77 | | | | OCT 153 |
| 'oln 0 +77 | | | | |
| 'oln S 16 | | | | |
| Ouny 25 +30 +24 | | | | 2410 |
| 10122 1.15 +42 | | | | 2330 |
| Lech 42.85 +43 O | | | | |
| mnion'41 19.25 | | | | Book EnS6 500 |
| una 14 + 24 | | 575.50 | | Benk 870 |
| oune 39 | | 54 44 | | EnS6 116. 0.00 |
| F 28 | | 547 1 | | EnS6 385 |
| 188 36 | | | | % 8 |
| 260.85 | | | | |
| | | | | Benk 1626 |

134.50   1080

256

180   610

539
605

| | | | | |
|---|---|---|---|---|
| 162.25 | 1450 | 839.80 / 220.15 / 6 | A.S.M. 80 | Dry Clean 102 |
| 55.0 | 830 | 670.70 / 102.00 / 3 | TASOR $14 500/ 255 | OCT-80 OCT-482 OCT-7 TASTON OCT-640 C/Luch mp-50 OCT-1478 |
| 72.25 | 810 | 730.55 / 55.00 / 2 | | |
| 330 / 3A276 | 3150 | 2241.05 / 3717.15 / 11 | | 2861 / 2544 5) DUlce - 435 5) Silde - 425 5) Eanide - 408 Dll. 200 500/. 242 cuts 86 OCT-1272 2970 |
| | | -4690 / 2194.25 | 349 | |

[INVENTORY]

Lide ~ 110.50
Monroe ~ 442f +66
down ~ 750
Swall ~0 +63
gain ~ 78 +72
Auene ~ 70
NUll ~ 22
boene ~ 57
Lbully ~ 66 78
Amond ~ 1570
pom x ~ 12
481

Red
6011.50 / 5524
Cut

DANK 80
GMtG 181 DU.com
DANK 640
% 3
Emse 138

(3,263)

{ Rent Water Ult TAX law Ed.  ~ fix ~ Cable ~ tol } Garage

Fixed tog = $ 13/K

This page is a handwritten ledger with numerous entries that are largely illegible.

| | | | | |
|---|---|---|---|---|
| 162 50 | 130 | 822 18 | | ocy cov n 193 |
| | | 107 | | oct 106 |
| | 600 | 5 | | page 500 |
| 109 28 | | 45 | | oct 98 f Clic |
| | | | | Rp 15 |
| | | | | oct -135 |
| 1224 | 1220 | 93 | | 276/ |
| | | | | 3147 |
| 49 18 | 2950 | 28 18 | 367 | oct 500 |
| 2 | | | | 47 police 404 |
| | | | | 49 silvio -408 |
| | | 366 | | 58 tandes 440 |
| | | | | oct |
| Hill -26 | 117 | | 5 11 10 | oct 800 quot |
| bones | 717 +22 | | 687 | 238 |
| down -0 | 60 | | | |
| suarou 22 | 865 | | | |
| Sean | 10 | | | |
| Anne | 47 | | | |
| mul -16 | | | | |
| | 45 | | | |
| | 12 | | | |
| Amanda | 10 50 | | | knsc sen 8 |
| go 87 | | | | ensc 106 Dd |
| 87 | 65 | | | 6 mi 98 |
| | | | | enesc 207 |
| | | | | 6 mil -2373 |
| | | | | 3354 |

726.75

| | | | | |
|---|---|---|---|---|
| 136.75 | 1400 | 85.40 | Soop 232 | Oct-54 |
| | | 0 | | Soop 5.00 |
| | | 239.40 | | Windows 50 |
| 42.75 | 230 | 61.45 | | Oct - 77.8 Clean |
| | | 2 | | mp-10 |
| 163.75 | 1520 | 1072.55 | | Oct.1184 |
| | | 133.76 | | |
| | | 7 | | 2569 |
| | | | | 2576 |

| 34276 25206 | 3150 | 2037.10 | | DRY corn 127 |
| | | 31060 | 402 | 55 Delva - 467 |
| | | 11 | | 54 s Wie - 408 |
| | | -13.55 | | 54 tav. do - 432 |
| | | 2025.1 | | All 200 |
| | | | | Soop 143 Ems6 |
| tide - 32.50 | 78 | | Office - 247 Em86 |
| clorox +8.12 | 3 | 58234.0 | oct 400 gual |
| downy - 30 | 30 | 5896 | Oct 896 |
| Suavold -42 | 42 | | 3320 |
| oeth -36 | 76 | | |
| Aura -24 | | | |
| N. full - 12 | 24 | | |
| bounu - 35 | | | |
| l bay - 36 | 48-36 | | Ems6 54 Blu cou |
| Anrona -8.76 | | | 54 Wk 778 |
| garh 86 - 0 | | | % 9 |
| 33060 | | | Em16 -361 |
| | | | 54 Wk 2110 |
| | | | Hmoipo 1000 sapco |
| | | | 1887 |



| | | | | | |
|---|---|---|---|---|---|
| 66 | 820 | 1078.25 99.75 2⚫ | Soal 340.76 | | ocī - 136 Soop - 437 ocī - 1123 aluc |
| 25.25 | 680 | 262.20 45.60 1 | | | Mp - 55 ocī - 1241 |
| 19.74 | 1460 | 1307.20 10,5 3 | | | 3321. 2972 |
| 283 367 50 | 2960 | 26426 2437 6 3410 161355 | 340.76 | 6281.80 5882 | Dry am 136 52 Dulvo - 499 50 Fabide - 400 50 Silve - 476 Du.200 Soop - 264 off.cu. 62 oct. 729 2860 |

Hole - 71.50 + 156
Monov - 21.24 + 42
dour - 50
susan - 2624 + 84
Lelv - 108
Acme - 48 + 24
N Ul - 26
Bocm - 56
T buy - 72 + 48 - 8
Amone - 24.50 | 346
got 1 St - 20
521.50

5 dm. 1123
2/0 17
Emsc 136 Du.cor
Emse. 274
5 dm 1779

2802



| | | | | | |
|---|---|---|---|---|---|
| | 276.25 | 780 | 1103.90 / 328.20 / 7 | 86 / 5^{w41}D / 396.50 | M12   25 / OCT   86 / OCT   196 / S04D   900 / OCT   1080 |
| 10.2.15 | 33 | 830 | 308.78 / 26.60 / 1 | | OCT   1550 |
| 10.30.15 | 203.25 | 1820 | 1203.65 / 247 / 7 | | 3275 / 3337 |
| | 512.50 / 229.50 | 3430 | 2616.30 / 601.80 / 15 / -48.30 / 2568 | 4,82.50 | DRS   CC4n   183 / 52 DLLVQ   592 / 52.5 SILLia   446 / 52 Foviola   916 / S04D   1234 / DREL   300 / OCT   1260 |

Tide | 110.50 + 78
Sol | 18 | + 72
Son S | @20
Douny | 25
Suourre | 15.75 | + 63
Xorox | 53 | + 64.50
FURE | 44
Lmmely | 21
Bounce | 30
N.F | 14
Big | 48  + 48 - 8
399.25

6105 / 6507

3430 / 3170

Bonk   86
Bonk   1080
FMSCe   196   - CC
FMSCe   456
%   23

Bonk   2527



5 + 
191.75

SOYD   500
MR   2.0
OCT   1069
OCT   120
DEC   300
SOYD   240 Emsce

779
66.50   680   183 80
4

294.50
6.15   109.50   700   147.50   OCT   700
5

1272.05
7.18.15   150.75   1620   **160 20**
5   2917 / 2944

321.75   3000   2345.55   197.15   DRY clyb 182
403.25   991.50   52⁵ DELLA 446
19   53 Sivula 450
29.55   53. Favida 424
2316

14c   156   + 39   OCT   1328
517   60 72   + 36
calmS   0
cary   20.00   + 30
were   68 25   + 42   5917 / 5774   3000 / 2830
soroк   59.50   + 43.50
sru   50   + 24
mmsnt   11.50   Bankt 064
Dunca   42   Emsce 120. con
u.f   2   + 24   Emsce 405
Big8   27 / 511.25   + 48 - 20   % 5
266.50   Bont 1738



FIRE INSPECTION

941.50

10.20.22.15

792
81.25    760    56.13    45.25    OCT   941
2        515.25         OCT   107
                                SEP   50
                                SEP
                                DEC

10.22.15                        390.14   HR   3
136    380    38.35    22.10    OCT  1100
2

10.24.26                        115
19.56   1350   792             27
6                              29

41.75   2490   22             DRY CLTN  264
182.80         264.25  560.25  32 DE 2ND   442
               18             83 SILCIA  450
TIRE   91   £117   24.20   22.85  52 FABRICA  416
BOLH   84          2252
SALH S  0
DOWNY   8    + 30
SILVER  29   + 42          OCT  #886
CLOREX  86.25              1178
AJAX   48    1  24
AMMOLA  12.25                          2490
BOUNCE  30    5254.15                  2690
M.K.    14   + 24    5690              2730
L.Bugh  40   2 48 -24
        50                 Benk    941
        40.25              Lugen   107
        261                EMSG    400
                           %       7

                           Bank  1980

10 27 29 15

OCT 330 692

| | | | 748.80 | | OCT |
|---|---|---|---|---|---|

DRY CLUN    92

95   620   252.05   OCT   100

6   DCT   181
DEC   300

2.30.15   41.75   780   381.90   soap   165   EMSG
e   OFFIC   157
8

10.31 -   97   1630   1262.55   OCT   8200 CT
11.02   265.35   2965 / 2857
2015   8

233.75   3030   2393.05   307.50   OCT   500
309.50   517.40   515 Delua   438
14   51 Silvia   434
-45.05   53 Faby   424
2348

OCT   1600  1204

Tide   97.5 + 39
Gain   102 + 36
Gain S   0
Downy   10 + 30
Suavitel   21 + 84
Clorox   63.5 + 42   5995/5857
Aura   20 + 72
Amonia   10   Bank   600
Bounce   12   Bank   692
N.F.   32   EMSG   181   .CO.
L.Bags   48 = 20/283   EnSC   410
416   9

Bank   1786

3030/3000

| | | | | | |
|---|---|---|---|---|---|
| | | | | 340.75 | |

Right column entries:
- 500 ... 135
- Dec ... 300
- ... 188
- ... 300
- ... 123
- Sep ... 200
- Oct ... 1014
- Oct ... 650

Left/main columns:

| | | | |
|---|---|---|---|
| 63.25 | 400 | 835.08 | |
| | | 195.69 | |
| 50.50 | 1550 | 937.65 | |
| | | 8165 | |
| 87 | 1000 | 860.93 | |

| 20678 | 2950 | 2612.90 | |
| 108.50 | | 340.75 | 200 |
| | | 13 | 515 Devra |
| | | 30.90 | 53 Silva |
| | | 2612 | 54 FabYola 900 |

OCT 1706

| +c | 13 | + | 156 |
|---|---|---|---|
| +n | 96 | + | 72 |
| +ns | 0 | | |
| +ng | 0 | + | 30 |
| suk | 68.25 | + | 42 |
| rox | 68.50 | + | 21 |
| ru | 56 | + | 24 |
| non 4 | 3.50 | + | 21 |
| mc | 3 | + | 45 |
| c | 26 | | |
| g | 29 | + 48 − 12 |
| | 358.25 | 447 |

Bank 500
Bank 1014
Ens6 123
Ens6 430
½ 8 9

Bank 2040