| | |
|---|---|
| **From:** | Michael Taubenfeld |
| **To:** | "Mark Kook" |
| **Cc:** | Oleg Mestechkin (OM@lawmlg.com); Wing Chiu; wbrown@hanglaw.com; Andrew Kimler (AKimler@vmmlegal.com) |
| **Subject:** | RE: Cano Scheules |
| **Date:** | Thursday, August 11, 2016 7:21:45 PM |

Mark,

I had a chance to review the attached documents (I was in a deposition all day). These are not schedules and the 7 pages only appear to cover a small period of time. Please confirm that your client doesn't have any actual schedules for Ms. Aguilar-Cano or any additional records regarding her pay.

Thanks.

- Michael

Michael Taubenfeld, Esq.
Serrins Fisher LLP
The Woolworth Building
233 Broadway, Suite 2340
New York, New York 10279
Main: (212) 571-0700 (ext. 119)
Fax: (212) 233-3801

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

**From:** Mark Kook [mailto:mkook@kooklaw.com]
**Sent:** Thursday, August 11, 2016 4:09 PM
**To:** Michael Taubenfeld <michael@serrinsfisher.com>
**Cc:** Oleg Mestechkin (OM@lawmlg.com) <OM@lawmlg.com>; Wing Chiu <wkc@lawmlg.com>; wbrown@hanglaw.com; Andrew Kimler (AKimler@vmmlegal.com) <AKimler@vmmlegal.com>
**Subject:** Cano Scheules

Michael – attached please find the schedules regarding Ms. Aguillar-Cano.

The hours/name/weekly payment information for "Yadira" is in the right-most column.

-----------------------

Law Office of Mark R.Kook

270 Madison Avenue, Suite 1203

New York, New York 10016

Tel.: (212) 766-4100

This message and any attachment(s) are considered confidential and/or privileged and are for use by the intended recipient only. It is not intended to provide or contain tax advice.