| | |
|---|---|
| **From:** | Michael Taubenfeld |
| **To:** | Mark Kook |
| **Subject:** | Re: catzin |
| **Date:** | Tuesday, August 09, 2016 4:47:16 PM |

Not yet. FYI, I have not received documents for her from you. She will not be answering questions about documents that have not yet been produced in this case.

*Sent from my Verizon LG Smartphone*

------ Original message------
**From:** Mark Kook
**Date:** Tue, Aug 9, 2016 4:41 PM
**To:** Michael Taubenfeld;
**Cc:**
**Subject:** catzin

Michael – have you filed a second amended Rule 26 disclosure since Cano joined?

Thanks


-----------------------

Law Office of Mark R.Kook
270 Madison Avenue, Suite 1203
New York, New York 10016
Tel.: (212) 766-4100

This message and any attachment(s) are considered confidential and/or privileged and are for use by the intended recipient only. It is not intended to provide or contain tax advice.