**From:** Michael Taubenfeld
**To:** "Mark Kook"
**Subject:** RE: 1:15-cv-07109-KBF Lopez Catzin v. Thank You & Good Luck Corp. et al.: 11:30"s telephonic status conference on October 7, 2016.
**Date:** Friday, October 07, 2016 11:20:51 AM
**Attachments:** image001.png

I will, but I need you to clarify whether EMSG has any additional time or pay records for her. Right now, EMSG has produced virtually nothing for her, including not even schedules.

**From:** Mark Kook [mailto:mkook@kooklaw.com]
**Sent:** Friday, October 07, 2016 11:20 AM
**To:** Michael Taubenfeld <michael@fishertaubenfeld.com>
**Subject:** RE: 1:15-cv-07109-KBF Lopez Catzin v. Thank You & Good Luck Corp. et al.: 11:30's telephonic status conference on October 7, 2016.

Michael – are you planning to serve a revised rule 26 Disclosure with Cano's damages?

----------------------

Law Office of Mark R. Kook
270 Madison Avenue, Suite 1203
New York, New York 10016
Tel.: (212) 766-4100

This message and any attachment(s) are considered confidential and/or privileged and are for use by the intended recipient only. It is not intended to provide or contain tax advice.

**From:** Michael Taubenfeld [mailto:michael@fishertaubenfeld.com]
**Sent:** Friday, October 07, 2016 12:37 AM
**To:** 'jian hang'; 'Oleg Mestechkin'; mtaubenfeld@gmail.com
**Cc:** Mark Kook; 'Wing Chiu'; wbrown@hanglaw.com
**Subject:** RE: 1:15-cv-07109-KBF Lopez Catzin v. Thank You & Good Luck Corp. et al.: 11:30's telephonic status conference on October 7, 2016.

Please use the following call-in information: Number: (605) 475-4000, Participant Access Code: 668909#

**From:** jian hang [mailto:jhang@hanglaw.com]
**Sent:** Thursday, October 06, 2016 10:23 PM
**To:** Michael Taubenfeld <michael@fishertaubenfeld.com>; 'Oleg Mestechkin' <OM@lawmlg.com>; mtaubenfeld@gmail.com
**Cc:** 'Mark Kook' <mkook@kooklaw.com>; 'Wing Chiu' <wkc@lawmlg.com>; wbrown@hanglaw.com
**Subject:** RE: 1:15-cv-07109-KBF Lopez Catzin v. Thank You & Good Luck Corp. et al.: 11:30's