| | |
|---|---|
| **From:** | Michael Taubenfeld |
| **To:** | "Mark Kook" |
| **Cc:** | Oleg Mestechkin (OM@lawmlg.com); "Wing Chiu"; wbrown@hanglaw.com |
| **Subject:** | RE: responses |
| **Date:** | Thursday, November 03, 2016 7:15:26 PM |

Mark,

I'll review. Do you intend to send me any pay or time records for Aguilar-Cano? I've been asking for these for months. If there are no additional documents, let me know.

Relatedly, as discussed after Monday' deposition, we intend to move for summary judgment on a number of issues:

1) Mr. Berezovsky's status as a joint employer under the FLSA and NYLL;
2) That Defendants failed to act in subjective good faith with objectively reasonable grounds for believing that their acts or omissions did not violate the FLSA and NYLL and therefore they are liable for liquidated damages. Basically we're moving for summary judgment on Bubble and EMSG Defendants' Eleventh Affirmative Defense (obviously this only applies if we establish FLSA or NYLL violations, which we will have to do at trial);
3) 2167, EMSG, and Off-Broadway, and First Ave. are a single enterprise and all liable under the FLSA and NYLL; and
4) Defendants violated NYLL 195(1) for failure to provide wage notices to Plaintiffs and 195(3) for failure to provide wage statements.

In the hopes of avoiding unnecessary fees, we discussed on Monday whether Defendants would stipulate to the above. I don't see any basis for opposing any of the above, and I can provide you with authority tomorrow if necessary.

Separately, I'm still working to get a global demand for the TY Defendants' work as discussed on Monday. I should have it tomorrow.

Thanks.

- Michael

Michael Taubenfeld, Esq.
Fisher Taubenfeld LLP
225 Broadway, Suite 1700
New York, New York 10007
Main: (212) 571-0700, ex. 102
Fax: (212) 505-2001

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in

error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

---

**From:** Mark Kook [mailto:mkook@kooklaw.com]
**Sent:** Thursday, November 03, 2016 5:45 PM
**To:** Michael Taubenfeld <michael@fishertaubenfeld.com>
**Cc:** Oleg Mestechkin (OM@lawmlg.com) <OM@lawmlg.com>; 'Wing Chiu' <wkc@lawmlg.com>; wbrown@hanglaw.com
**Subject:** responses

Michel – here are the Responses.

My client has been out the past few days and will have him verify the Int Resps when he returns.

I will send some docs tomorrow

-----------------------

Law Office of Mark R.Kook
270 Madison Avenue, Suite 1203
New York, New York 10016
Tel.: (212) 766-4100

---

This message and any attachment(s) are considered confidential and/or privileged and are for use by the intended recipient only. It is not intended to provide or contain tax advice.