**From:** Mark Kook
**To:** Michael Taubenfeld
**Cc:** Oleg Mestechkin (OM@lawmlg.com); Wing Chiu; wbrown@hanglaw.com
**Subject:** cano
**Date:** Monday, November 21, 2016 6:05:01 PM
**Attachments:** 2011.Cano.11.2016.pdf

Please see attached Cano documents for 2011

----------------------------

Law Office of Mark R Kook
270 Madison Avenue, Suite 1203
New York, New York 10016
Tel.: (212) 766-4100

----------------------------

This message and any attachment(s) are considered confidential and/or privileged and are for use by the intended recipient only. It is not intended to provide or contain tax advice.

**From:**          Mark Kook
**To:**            Michael Taubenfeld
**Cc:**            Oleg Mestechkin (OM@lawmlg.com); Wing Chiu; wbrown@hanglaw.com
**Subject:**       can0-2012
**Date:**          Monday, November 21, 2016 6:20:56 PM
**Attachments:**   2012.Cano.11.2016.pdf

Here are the Cano records for 2012

----------------------

Law Office of Mark R Kook
270 Madison Avenue, Suite 1203
New York, New York 10016
Tel.: (212) 766-4100

This message and any attachment(s) are considered confidential and/or privileged and are for use by the intended recipient only. It is not intended to provide or contain tax advice.

| | |
|---|---|
| **From:** | Mark Kook |
| **To:** | Michael Taubenfeld |
| **Cc:** | Oleg Mestechkin (OM@lawmlg.com); Wing Chiu; wbrown@hanglaw.com |
| **Subject:** | RE: cano |
| **Date:** | Monday, November 21, 2016 6:24:42 PM |

22012 and 2013


------------------------

Law Office of Mark R.Kook

270 Madison Avenue, Suite 1203

New York, New York 10016

Tel.: (212) 766-4100


This message and any attachment(s) are considered confidential and/or privileged and are for use by the intended recipient only. It is not intended to provide or contain tax advice.

**From:** Michael Taubenfeld [mailto:michael@fishertaubenfeld.com]
**Sent:** Monday, November 21, 2016 6:09 PM
**To:** Mark Kook
**Cc:** Oleg Mestechkin (OM@lawmlg.com); Wing Chiu; wbrown@hanglaw.com
**Subject:** RE: cano

Am I going to receive anything else?

**From:** Mark Kook [mailto:mkook@kooklaw.com]
**Sent:** Monday, November 21, 2016 6:04 PM
**To:** Michael Taubenfeld <michael@fishertaubenfeld.com>
**Cc:** Oleg Mestechkin (OM@lawmlg.com) <OM@lawmlg.com>; Wing Chiu <wkc@lawmlg.com>; wbrown@hanglaw.com
**Subject:** cano

Please see attached Cano documents for 2011


------------------------

Law Office of Mark R.Kook

270 Madison Avenue, Suite 1203

New York, New York 10016

Tel.: (212) 766-4100