| | |
|---|---|
| **From:** | Michael Taubenfeld |
| **To:** | "Mark Kook" |
| **Subject:** | RE: stipulation;cano |
| **Date:** | Friday, June 09, 2017 3:17:34 PM |

Mark,

I don't recall ever receiving the 2012 and 2011 spreadsheets.  Thanks for sending them.

I'm more available on Tuesday.

I had a long conversation with my clients today, and I'm going to reach out to Mr. Shemtov about settlement.

Thanks.

- Michael

Michael Taubenfeld, Esq.
Fisher Taubenfeld LLP
225 Broadway, Suite 1700
New York, New York 10007
Main: (212) 571-0700, ex. 102
Fax: (212) 505-2001

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**Federal Tax Notice:** Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein including any attachments.

**From:** Mark Kook [mailto:mkook@kooklaw.com]
**Sent:** Friday, June 09, 2017 2:45 PM
**To:** Michael Taubenfeld <michael@fishertaubenfeld.com>
**Subject:** stipulation;cano

Michael – we need to agree on the Stipulation for trial preparation

We also need to talk next week re the trial – are you available Monday?

Also, I know I sent the underlying Cano schedules, but cannot find my email to you with the spreadsheets; I am attaching them here

Thanks


------------------------

Law Office of Mark R.Kook
270 Madison Avenue, Suite 1203
New York, New York 10016
Tel.: (212) 766-4100

---

This message and any attachment(s) are considered confidential and/or privileged and are for use by the intended recipient only. It is not intended to provide or contain tax advice.