N.Y.S.D. Case #
15-cv-7109(KBF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand and nineteen.

Before:    Barrington D. Parker,
               Peter W. Hall,
               Raymond J. Lohier, Jr.,
                  *Circuit Judges.*
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 13 2019

Lucia Lopez Catzin, et al.,

    Plaintiffs - Appellants,

v.

Thank You & Good Luck Corp., Zeng Lan Wang,

    Defendants-Cross-Defendants-Appellees,

Igor Birzh, et al.,

    Defendants - Appellees,

Off-Broadway Laundromat Inc., 2167 3rd Ave Laundromat LLC,

    Defendants-Cross-Claimants-Appellees.
_____

**STATEMENT OF COSTS**

Docket No. 17-2497

    IT IS HEREBY ORDERED that costs are taxed in favor of the Appellants in the amount of $1,546.00.

                                                    For the Court:
                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/13/2019