```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 09/01/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LOPEZ CATZIN,** *individually and on behalf of others similarly situated,* **ET AL.,**

       **Plaintiffs,**

   -against-

**THANK YOU & GOOD LUCK CORP., ET AL,**

       **Defendants.**

**15-CV-7109 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

  The parties are hereby ORDERED to file a joint status report by no later than September 8, 2021.

**SO ORDERED.**

Dated:  **September 1, 2021**
     **New York, New York**

           _____
           **ANDREW L. CARTER, JR.**
           **United States District Judge**