COURT'S
Exhibit No. 1
Dkt# 15-CV-7109(ALC)
Date: May 17, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LUCIA LOPEZ CATZIN, SILVIA VILLANO
CLEMENTE, and YADIRA AGUILAR-CANO,

                           Plaintiffs,

    -against-

OFF-BROADWAY LAUNDROMAT, INC., 2167
3RD AVE LAUNDROMAT LLC, 115TH STREET
AND FIRST AVE LAUNDROMAT, INC.,
EXCLUSIVE MANAGEMENT SOLUTION
GROUP, INC., IGOR BIRZH, AND DIMITRI
BEREZOVSKY,

                           Defendants.
-----------------------------------------------------------x

1:15-cv-7109 (ALC)

**VERDICT FORM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-3-21

## QUESTIONS RELATING TO PLAINTIFF LUCIA LOPEZ CATZIN

**I.**    **Claim One – Minimum Wage**

     a. Are any of the following Defendants liable to Ms. Lopez Catzin under the New York Labor Law:

1. Dimitri Berezovsky            Liable: ____        Not Liable: ✓
2. Igor Birzh                          Liable: ____        Not Liable: ✓
3. EMSG                                Liable: ✓          Not Liable: ____
4. Off-Broadway Laundromat, Inc.      Liable: ____        Not Liable: ✓
5. 2167 3rd Ave Laundromat, LLC      Liable: ____        Not Liable: ✓
6. 115th and First Ave Laundromat, LLC   Liable: ____        Not Liable: ✓

     b. If you found any of the above-mentioned Defendants liable, how much is Ms. Lopez Catzin owed in damages?

Damages: $ 233.88

II. **Claim Two – Overtime Pay**

a. Are any of the following Defendants liable to Ms. Lopez Catzin under the New York Labor Law:

1. Dimitri Berezovsky — Liable: ___ Not Liable: ✓

2. Igor Birzh — Liable: ___ Not Liable: ✓

3. EMSG — Liable: ✓ Not Liable: ___

4. Off-Broadway Laundromat, Inc. — Liable: ___ Not Liable: ✓

5. 2167 3rd Ave Laundromat, LLC — Liable: ___ Not Liable: ✓

6. 115th and First Ave Laundromat, LLC — Liable: ___ Not Liable: ✓

b. If you found any of the above-mentioned Defendants liable, how much is Ms. Lopez Catzin owed in damages?

Damages: $ 1775.51

**Turn to the Questions relating to Silvia Villano Clemente.**

2

## QUESTIONS RELATING TO PLAINTIFF SILVIA VILLANO CLEMENTE

I. **Claim One – Minimum Wage**

   a. Are any of the following Defendants liable to Ms. Villano Clemente under the New York Labor Law:

   1. Dimitri Berezovsky          Liable: _____   Not Liable: ✓

   2. Igor Birzh                  Liable: _____   Not Liable: ✓

   3. EMSG                        Liable: ✓       Not Liable: _____

   4. Off-Broadway Laundromat, Inc.   Liable: _____   Not Liable: ✓

   5. 2167 3rd Ave Laundromat, LLC    Liable: _____   Not Liable: ✓

   6. 115th and First Ave Laundromat, LLC   Liable: _____   Not Liable: ✓

   b. If you found any of the above-mentioned Defendants liable, how much is Ms. Villano Clemente owed in damages?

   Damages: $ 450.00

3

II. **Claim Two – Overtime Pay**

    a. Are any of the following Defendants liable to Ms. Villano Clemente under the New York Labor Law:

| # | Defendant | Liable | Not Liable |
|---|-----------|--------|------------|
| 1. | Dimitri Berezovsky | | ✓ |
| 2. | Igor Birzh | | ✓ |
| 3. | EMSG | ✓ | |
| 4. | Off-Broadway Laundromat, Inc. | | ✓ |
| 5. | 2167 3rd Ave Laundromat, LLC | | ✓ |
| 6. | 115th and First Ave Laundromat, LLC | | ✓ |

    b. If you found any of the above-mentioned Defendants liable, how much is Ms. Villano Clemente owed in damages?

Damages: $ 2476.94

**Turn to the Question relating to Yadira Aguilar-Cano.**

## QUESTIONS RELATING TO PLAINTIFF YADIRA AGUILAR-CANO

I. **Claim Two – Overtime Pay**

   a. **Are any of the following Defendants liable to Ms. Aguilar-Cano under the New York Labor Law:**

   | | Liable | Not Liable |
   |---|---|---|
   | 7. Dimitri Berezovsky | | ✓ |
   | 8. Igor Birzh | | ✓ |
   | 9. EMSG | ✓ | |
   | 10. Off-Broadway Laundromat, Inc. | | ✓ |
   | 11. 2167 3rd Ave Laundromat, LLC | | ✓ |
   | 12. 115th and First Ave Laundromat, LLC | | ✓ |

   b. **If you found any of the above-mentioned Defendants liable, how much is Ms. Aguilar-Cano owed in damages?**

   Damages: $ 8112.90

**[Sign your names in the space provided below, fill in the date and time, and inform the court security officer — with a note, *not the Verdict Form itself* — that you have reached a verdict.]**

After completing the form, each juror who agrees with this verdict must sign below:

1. Ellen Jacoby
2. [signature]
3. [signature] Meehan
4. Lisa Hagen
5. [signature]
6. E. [signature]
7. [signature]
8. Donna Reynolds
9. Erin Alaia

Date and Time: 5-20-2019    11:21 am