UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUCIA LOPEZ CATZIN, ET AL.,

                        Plaintiffs,

      -against-                                    15 **CIVIL** 7109 (ALC)

**JUDGMENT**

THANK YOU & GOOD LUCK CORP.,

                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 13, 2022, Plaintiffs' motions for attorney's fees and to set aside the jury's finding and enter judgment against Defendant Berezovsky is GRANTED. Judgment is entered for Plaintiffs and against Defendants Berezovsky and EMSG as follows: (1) To Plaintiff Lopez Catzin under the New York Labor Law §§ 650 et. seq. and 190 et. seq. in the amount of $233.88 for unpaid minimum wages; (2) To Plaintiff Lopez Catzin under the New York Labor Law §§ 650 et. seq. and 190 et. seq. in the amount of $1,777.51 for unpaid overtime wages; (3) To Plaintiff Villano Clemente under the New York Labor Law §§ 650 et. seq. and 190 et. seq. in the amount of $450.00 for unpaid minimum wages; (4) To Plaintiff Villano Clemente under the New York Labor Law §§ 650 et. seq. and 190 et. seq. in the amount of $2,476.94 for unpaid overtime wages; (5) To Plaintiff Aguilar-Cano under the New York Labor Law §§ 650 et. seq. and 190 et. seq. in the amount of $8,112.90 for unpaid overtime wages; (6) To Plaintiff Lopez Catzin under the New York Labor Law §§ 650 et. seq. and 190 et. seq. $1,961.38 in liquidated damages; (7) To Plaintiff Villano Clemente under the New York Labor Law §§ 650 et. seq. and 190 et. seq. $2,926.94 in liquidated damages; (8) To Plaintiff Aguilar-Cano under the New York Labor Law §§ 650 et. seq. and 190 et. seq. $5,819.03 in

liquidated damages; (9) To Plaintiff Lopez Catzin under New York Labor Law §§ 198 $10,000 for New York Labor Law § 195 damages; (10) To Plaintiff Villano Clemente under New York Labor Law §§ 198 $10,000for New York Labor Law § 195 damages; (11) To Plaintiff Aguilar-Cano under New York Labor Law §§ 198 $5,000for New York Labor Law § 195 damages; (12) To Plaintiff Lopez Catzin under New York Labor Law §§ 650 et. seq. and 190 et. seq., $1,302.58 in prejudgment interest; (13) To Plaintiff Villano Clemente under New York Labor Law §§ 650 et. seq. and 190 et. seq., $1,857.68 in prejudgment interest;(14) To Plaintiff Aguilar-Cano under New York Labor Law §§ 650 et. seq. and 190 et. seq., $7,081.56 in prejudgment interest; (15) To Plaintiffs attorneys' fees totaling $140,250.36 under the New York Labor Law §§ 663 and 198; (16) To Plaintiffs attorneys' costs totaling $4,064.86 under the New York Labor Law §§ 663 and 198; IT IS FURTHER ORDERED and ADJUDGED if any amounts under New York Labor Law §§ 650 et. seq. and 190 et. seq. remain unpaid to Plaintiffs upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later, the total amount of judgment to Plaintiffs under New York Labor Law §§ 650 et. seq. and 190 et. seq. shall automatically increase by fifteen percent.

**Dated:**  New York, New York

　　　　　June 13, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**